USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 12/10/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------

ADDISON THOMPSON

              Plaintiff,

   -against-

THE ANDY WARHOL FOUNDATION FOR
THE VISUAL ARTS, INC., THE ANDY
WARHOL ART AUTHENTICATION BOARD,
INC., THE ESTATE OF ANDY WARHOL,
VINCENT FREMONT Individually and as a
Successor Executor for the Estate of Andy
Warhol, VINCENT FREMONT ENTERPRISES,
INC., JOHN DOES 1-20, JANE DOES 1-10, and
RICHARD DOES 1-10,

              Defendants.

-------------------------------------------------------

10-CV-7796 (LTS) (AJP)

ECF CASE

**STIPULATION AND
[PROPOSED] ORDER**

WHEREAS, on September 23, 2010, plaintiff filed his summons and complaint and on October 27, 2010 defendants The Andy Warhol Foundation for the Visual Arts, Inc., The Estate of Andy Warhol, Vincent Fremont, Vincent Fremont Enterprises, the Andy Warhol Art Authentication Board, Inc. (collectively "defendants") received from the United States Marshals Service a copy of the summons, complaint, and a Statement of Service by Mail and Acknowledgment of Receipt of Mail of Summons and Complaint;

WHEREAS, on November 26, 2010, defendants mailed a signed copy of the Acknowledgment of Receipt of Summons and Complaint to the United States Marshalls Office;

WHEREAS, defendants' response to the plaintiff's complaint is due on or before December 17, 2010; and

1

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned plaintiff and counsel for the defendants that:

1. Defendants' time to answer or move in response to the complaint will be extended 60 days, such that defendants' response will be due on or before Monday, February 14, ~~2010~~ 2011. *[handwritten notation]*

Dated: New York, New York
December 8, 2010

| | |
|---|---|
| PLAINTIFF ADDISON THOMPSON | BOIES SCHILLER & FLEXNER LLP |
| By: *Addison Thompson* | By: *Nicholas A. Gravante, Jr.* |
| Addison Thompson, *pro se* | Nicholas A. Gravante, Jr. Esq. |
| | 575 Lexington Avenue |
| | New York, New York 10022 |
| | (212) 446-2300 |
| | |
| | Philip J. Iovieno, Esq. |
| | Ryan T. McAllister, Esq. |
| | 10 North Pearl Street, 4th Floor |
| | Albany, New York 12207 |
| | (518) 434-0600 |
| | |
| | *Attorneys for Defendants The Andy Warhol Foundation for the Visual Arts, Inc., the Andy Warhol Art Authentication Board, Inc., The Estate of Andy Warhol, Vincent Fremont, and Vincent Fremont Enterprises.* |

SO ORDERED.

*[signature]*

Hon. Andrew J. Peck
United States Magistrate Judge
Dated: 12/10/2010

HON. ANDREW J. PECK
United States Magistrate Judge
Southern District of New York

*Copies: Thompson (mail), Gravante (fax), pro se (fax)*

BY FAX

```
**  Transmit  Confirmation  Report  **

P.1                                          Dec 10 2010 11:18am
HON ANDREW J PECK SDNY Fax:212-805-7933
```

| Name/Fax No. | Mode   | Start      | Time  | Page | Result | Note |
|--------------|--------|------------|-------|------|--------|------|
| 912124462350 | Normal | 10,11:17am | 0'54" | 3    | # O K  |      |

# FAX TRANSMITTAL SHEET



**ANDREW J. PECK**
**UNITED STATES MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:         (212) 805-7933
Telephone No.:   (212) 805-0036

Dated:  December 10, 2010                Total Number of Pages: 3

| TO | FAX NUMBER |
|----|------------|
| Nicholas A. Gravante, Jr., Esq. | 212-446-2350 |
|    |            |

### TRANSCRIPTION:

[Added at end of ¶ 1 on p. 2]

Further extensions are unlikely.


Copies to:   Addison Thompson (Regular & Certified Mail)
             Judge Laura Taylor Swain